UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-369(DSD/JMM)

Collin May, by and through
his parent, Barbara May,

Plaintiffs,

v.

Bethel Child Development
Center

Defendant.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The above-captioned case has been assigned to the undersigned, a judge of the above court. Pursuant to Title 28, Section 455, the undersigned recuses himself from hearing this matter.

**ACCORDINGLY, IT IS HEREBY ORDERED** that pursuant to this court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the Civil Rights List of the automated case assignment system.

**IT IS FURTHER ORDERED** that a copy of this order shall be filed in the above-captioned case.

Dated: March 2, 2001

David S. Doty, Judge
U.S. District Court

FILED MAR 0 2 2001
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order of Recusal, this case is reassigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan.

NEW CASE NUMBER 01-369 DWF/AJB

Use this case number for all further filings.