**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Collin May, by and through his parent, Barbara May,

Plaintiffs,

vs.

Bethel Child Development Center,

Defendant.

Court File No.: 01-369 DWF/AJB

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

Pursuant to the Stipulation of the parties in this matter,

**IT IS ORDERED**

That judgment be entered dismissing the above-entitled cause of action with prejudice and on merits and without costs or disbursements to any party.

Dated this 22 day of Jany, 2002.

Donovan W. Frank, Judge
U.S. District Court

JAN 2 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 2 2 2002
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Collin May, by and through his parent, Barbara May,

Plaintiffs,

vs.

Bethel Child Development Center,

Defendant.

Court File No.: 01-369 DWF/AJB

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

The above-entitled action, having been fully compromised and settled, including all claims, counterclaims or crossclaims. It is stipulated and agreed by and between the parties hereto, through their respective counsel, that the action may be and hereby is dismissed on the merits with prejudice and without cause to either party, and that either party hereto may forthwith and without notice to the other party, apply to the Court pursuant to the Stipulation for an Order directing that judgment of dismissal with prejudice be entered accordingly.

Dated: Dec. 3, 2001

***EASTLUND, SOLSTAD, CADE & HUTCHINSON, LTD.***

By: Sharon H. Ysebaert

Sharon Herland Ysebaert #172728
4200 County Road 42 West
Savage, MN 55378
(952) 894-6400
Attorney for Defendant

Dated: 10 Jan., 2002.

***CENTER FOR EDUCATION LAW, LTD.***

By:

Margaret O'Sullivan Kane #220243
607 Grand Avenue, Suite 200
St. Paul, MN 55102
(651) 222-8611
Attorney for Plaintiff

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK